Form ncont341

**UNITED STATES BANKRUPTCY COURT**

Eastern District of Arkansas

In Re:    Danny Parsons
          Debtor

Case No.: 4:16−bk−10266
Chapter:  7
Judge:  Phyllis M. Jones
Trustee:  Frederick S. Wetzel III

NOTICE OF MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the 341(a) Meeting of Creditors is set to 4/28/16, 08:30 AM at the following location:

U.S. Trustee's Office, Bank of America Building, 200 W. Capitol, 12th Floor − Rm 1210, Little Rock, AR 72201

DEBTOR(S) FAILURE TO APPEAR AT THE TIME AND PLACE SET MAY RESULT IN DISMISSAL OF THE CASE, WITHOUT FURTHER NOTICE OR HEARING BY THE COURT.

Dated: 3/28/16

Jean Rolfs, Clerk
