IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: DANNY PARSONS　　　　　CASE NO. 4:16-bk-10266　　　　　CHAPTER 7

**RESPONSE TO MOTION FOR
RELIEF FROM AUTOMATIC STAY**

For his Answer, Debtor states:

1. That statements and allegations contained in paragraphs 1 of the motion are admitted.

2. That each and every other material statement and allegation contained in paragraphs 2 through 7 of the motion are specifically denied.

3. That statements and allegations contained in paragraph 8 of the motion are admitted.

4. That statement and allegations contained in paragraphs 9 and 10 of the motion are specifically denied.

WHEREFORE, Debtor prays that the motion be denied until a hearing is held and for all other just and proper relief to which debtor is entitled.

　　　　　　　　　　　　　　　　　　**KNOLLMEYER LAW OFFICE, P.A.**
　　　　　　　　　　　　　　　　　　Attorneys for Debtors
　　　　　　　　　　　　　　　　　　2525 John Harden Drive
　　　　　　　　　　　　　　　　　　Jacksonville, AR 72076
　　　　　　　　　　　　　　　　　　(501) 985-1260; (501) 985-1924 [fax]

　　　　　　　　　　　　　　　　　　By:　　/s/ Lonnie Grimes
　　　　　　　　　　　　　　　　　　　　　Lonnie Grimes, AR88-033

**Certificate of Service**

I certify that a copy of this document was served by electronic noticing or United States mail, properly addressed and postage pre-paid this 27th day of May, 2016, upon:

Chapter 7 Trustee

Scott Alan Jones
Wilson & Associates
1521 Merrill Dr., Ste D-220
Little Rock, AR 72211

　　　　　　　　　　　　　　　　　　/s/Lonnie Grimes