IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:     DANNY PARSONS                     CASE NO. 4:16-10266 J
           DEBTOR                                      CHAPTER 7

**TRUSTEE'S OBJECTION TO EXEMPTIONS**

Comes now the Trustee, Frederick S. Wetzel, III, and for his Objection to Exemptions states as follows:

1. The Debtor, Danny Parsons, filed a voluntary Chapter 7 petition under Title 11 of the Bankruptcy Code on January 19, 2016. Movant is the duly appointed and acting Trustee in this case.

2. The Debtor claims his homestead property to be held as 'joint tenants by the entirety' with his wife. Debtor's claim of exemptions uses the Arkansas state exemption allowed by 11 U.S.C. §522(b). He further claims Federal personal property exemptions according to 11 U.S.C. § 522(d). Utilization of both State and Federal exemptions are not permitted by the Bankruptcy Code. Therefore, the Trustee is entitled to possession of the non-exempt property for the benefit of the estate, and is entitled to an order directing the Debtor to deliver all non-exempt property to him.

WHEREFORE, the Trustee prays that this Court sustain his Objection to the Debtor's Exemptions, together with all other relief to which he may be entitled.

Respectfully submitted,

**FREDERICK S. WETZEL, III, Trustee**
200 North State Street, Suite 200
Little Rock, Arkansas 72201
(501) 663-0535

By:    */s/ Frederick S. "Tripp" Wetzel, III*_____
        Frederick S. "Tripp" Wetzel, III, No. 80159

## CERTIFICATE OF SERVICE

I, Frederick S. Wetzel, III, hereby certify that on this 23rd day of June, 2016, a true and correct copy of the foregoing *Trustee's Objection to Exemptions* is being served either electronically or via U.S. Mail, to all parties listed below:

United States Trustee
1200 W. Capitol Avenue, Suite 1200
Little Rock, AR 72201

Mr. Lonnie Grimes
Knollmeyer Law Office, P.A.
2525 John Harden Drive
Jacksonville, AR 72076

                */s/Frederick S. Wetzel, III*
                Frederick S. Wetzel, III