Form NOA

# UNITED STATES BANKRUPTCY COURT
Eastern District of Arkansas

## NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

**Debtor(s):**
Danny Parsons
116 Janet Lane
Searcy, AR 72143

| **Case Number:** 4:16–bk–10266 | **Social Security/Taxpayer ID Nos.:** xxx–xx–6468 |
|---|---|
| **Chapter:** 7 | **Judge:** Honorable Phyllis M. Jones |
| **Attorney for Debtor(s):** Lonnie Grimes<br>Knollmeyer Law Office<br>2525 John Harden Dr.<br>Jacksonville, AR 72076<br>Telephone number:  501–985–1760 | **Trustee:** Frederick S. Wetzel III<br>Chapter 7 Panel Trustee<br>200 North State St, Ste. 200<br>Little Rock, AR 72201–1399<br>Telephone number:  (501) 663–0535 |

It appears from the schedules that when this case was instituted, there were no assets from which dividends could be paid to creditors, and the notice of initial meeting of creditors so indicated.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

**9/29/16**

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. A proof of claim may be filed either in person or by mail at the Bankruptcy Court Clerk's office. A Proof of Claim (Official Form 410) can be obtained at the United States Courts Website: http://www.uscourts.gov/forms/bankruptcy–forms/proof–claim or at any bankruptcy clerk's office. Creditors who file claims frequently are encouraged to take ECF creditor filer training and register to file their proofs of claim online. Additional information can be found at http://www.arb.uscourts.gov/ under Creditor Links.

MAIL CLAIMS TO: U.S. Bankruptcy Court, 300 W. 2nd Street, Little Rock, AR 72201

IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.

Dated: 6/29/16                                                     For the Court:
                                                                              Jean Rolfs, Clerk