# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

IN RE:  DANNY PARSONS                               CASE NO. 4:16-bk-10266 J
        Debtor                                                              CHAPTER 7

## ORDER

      The Court having considered the foregoing Application of the Trustee to employ Attorney and the Declaration of Frederick S. Wetzel, III in support thereof, and it appearing that the law firm of Frederick S. Wetzel, III, P.A., its members and associates, are disinterested persons and that the employment of said law firm generally by the Trustee is in the best interest of this estate and necessary to avoid immediate and irreparable harm to this estate.

      **IT IS HEREBY ORDERED**, that the Trustee herein is authorized to employ the law firm of Frederick S. Wetzel, III, P.A., generally, as attorneys for the Trustee and the estate, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefore.

      **IT IS SO ORDERED.**

*(signature: Ben Barry)*

Ben Barry
United States Bankruptcy Judge
Dated:  07/11/2016

**PREPARED BY:**
FREDERICK S. WETZEL, III, P.A.
200 North State Street, Suite 200
Little Rock, Arkansas 72201
Phone: (501) 663-0535

By:  */s/ Frederick S. Wetzel, III*
       Frederick S. "Tripp" Wetzel, III

cc:  Sherman, Shari  (USTP)
     Lonnie Grimes, Attorney for Debtor

EOD: July 11, 2016