IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: DANNY PARSONS, Debtor     NO. 4:16-bk-10266 J
CHAPTER 7

**O R D E R**

Comes now the Court and hereby transfers the above captioned case to the Honorable Ben T. Barry effective the date of entry of this order.

**IT IS SO ORDERED.**

_____
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 07/11/2016

cc:     Honorable Ben T. Barry
        Attorney for Debtor
        Trustee
        U.S. Trustee
        All parties per matrix