**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

| | |
|---|---|
| **IN RE:  DANNY PARSONS** | **CASE NO. 4:16-bk-10266 J** |
| **DEBTOR** | **CHAPTER 7** |

**TRUSTEE'S MOTION
FOR TURNOVER OF PROPERTY**

**COMES NOW**, the Trustee, Frederick S. Wetzel, III, and for his Motion for Turnover states the following:

1. The Debtor, Danny Parsons, filed a voluntary Chapter 7 petition under Title 11 of the Bankruptcy Code on January 19, 2016. Movant is the duly appointed and acting Trustee in this case.

2. The Trustee believes the value of the personal property claimed exempt for a $1,000.00, exceeds the allowable limits under the United Bankruptcy Code §522(b), and the Arkansas Constitution Ark. Art. 9 §§ 2, 3, and 5. Therefore, the Trustee is entitled to possession of the non-exempt property for the benefit of the estate, and is entitled to an order directing the debtor to deliver all non-exempt property to him.

**WHEREFORE**, the Trustee prays that this Court grant his Motion, together with all other relief to which he may be entitled.

Respectfully submitted,

**FREDERICK S. WETZEL, III, TRUSTEE**
FREDERICK S. WETZEL, III, P.A.

/s/ Frederick S. Wetzel, III
FREDERICK S. WETZEL, III, Trustee (80159)
J. BRAD MOORE (2010197)
200 North State, Suite 200
Little Rock, Arkansas 72201-1399
Telephone: (501) 663-0535
Email: fswetzel@fswetzellaw.com

## **CERTIFICATE OF SERVICE**

      I, Frederick S. Wetzel, III, hereby certify that on this 2nd day of November, 2016, a true and correct copy of the foregoing *Trustee's Motion* is being served either electronically or via U.S. Mail, to all parties listed on the Court's matrix.

                                            */s/Frederick S. Wetzel, III*
                                            Frederick S. Wetzel, III